| AUSA: | Barbara Lanning | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Kara Klupacs | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

   v.

Allen Brewster

Case: 2:26−mj−30259
Assigned To : Unassigned
Assign. Date : 5/6/2026
Description: CMP− USA V.
BREWSTER (CS)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 24, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(j) | Possession of a stolen firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Kara Klupacs
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ May 6, 2026 _____

_____
*Judge's signature*

City and state: _____ Detroit, Michigan _____

Honorable Elizabeth Stafford, United States Magistrate Judge
_____
*Printed name and title*

## **AFFIDAVIT**

I, Kara Klupacs, being duly sworn, depose and state the following:

## I.     **INTRODUCTION**

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 1. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.  Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.      The ATF is currently conducting a criminal investigation concerning Allen BREWSTER (DOB: 07/16/2007), for violations of 18 U.S.C. § 922(j) (Possession of a Stolen Firearm).

## II.      PROBABLE CAUSE

4.      On April 24, 2026, officers were behind a Detroit Department of Transportation ("DDOT") bus in the area of Gratiot and 7 Mile when they observed a large group of individuals hurriedly get off the bus in a manner that led the officers to believe they were fleeing from something.  Several of the individuals in the group that fled pointed at another group of individuals and yelled that one of them had a gun.

5.      Officers observed an individual (later identified as BREWSTER) wearing all black and a black ski mask, holding his right hoodie pocket, which appeared heavily weighted.  BREWSTER and his group ran from police. Officers pursued them on foot.  During the pursuit, officers observed BREWSTER remove a firearm from his pocket and throw it over the fence.  BREWSTER then stopped running and was detained by officers.  Officers recovered the firearm discarded by BREWSTER, a Smith and Wesson model SD9VE.  BREWSTER was arrested and taken to the Detroit Detention Center (DDC).

2

6.   On April 25, 2026, at the DDC, Detroit Police interviewed BREWSTER. After being advised of his *Miranda* rights, BREWSTER explained the following:

   a.  BREWSTER admitted he had been caught with a gun after fighting someone on the bus and fleeing.

   b.  BREWSTER stated the gun was not his, and that it was a stolen gun. BREWSTER described the firearm as a gray Smith and Wesson.

   c.  BREWSTER explained that he had stolen the firearm from a car outside of the White Star, a club in Hamtramck.

   d.  BREWSTER originally estimated he had stolen the firearm a week or two weeks ago.  Later in the interview, BREWSTER estimated he had stolen the firearm two to three weeks ago.

7.   Law enforcement queries into the recovered Smith and Wesson model SD9VE found the firearm was reported stolen to the Detroit Police Department on February 15, 2026.  The owner of the firearm reported it had been stolen from her unlocked vehicle parked outside her residence, sometime between February 13, 2026, and February 14, 2026.

8.   The Detroit Police NIBIN Unit test fired the recovered Smith and Wesson model SD9VE and submitted the test fired 9mm caliber casings into NIBIN. NIBIN preliminary results returned ballistically linking the recovered Smith and

3

Wesson firearm to following incidents:

    a. March 25, 2026- Shooting into occupied dwelling in the area of XXX Dickerson, Detroit, MI.

    b. April 8, 2026- Shooting into occupied dwelling in the area of XXXX Hartwell, Detroit, MI.

    c. April 8, 2026- Shooting into occupied dwelling in the area of XXXXX Stout Street, Detroit, MI.

9. I observed all the shootings ballistically linked to the recovered Smith and Wesson model SD9VE occurred after February 15, 2026, the date the firearm was reported as stolen.

10. The recovered firearm is a Smith and Wesson model SD9VE 9mm caliber pistol. As an ATF Firearm Interstate Nexus agent, it is my opinion that this firearm is a firearm as defined under 18 U.S.C. § 921 and was manufactured outside of the state of Michigan after 1898 and therefore has traveled in and affected interstate commerce.

4

## III.   CONCLUSION

11.   Probable cause exists that on April 24, 2026, BREWSTER knowingly and intentionally possessed a stolen firearm in violation of 18 U.S.C. § 922(j) (possession of a stolen firearm) and that this violation occurred within the Eastern District of Michigan.

Kara Klupacs, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

Honorable Elizabeth Stafford
United States Magistrate Judge

Dated: _____May 6, 2026_____

5